**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                  General Court Number
Clerk                                                                                          415.522.2000

**August 9, 2005**

**CASE NUMBER:  CV 04-03124 PJH**
**CASE TITLE:  SUN MICROSYSTEMS, INC.-v-COMPRESSION LABS, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the above referenced case, all related cases listed in Attachment A, and MDL action, M 05 1654 are reassigned to the **Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/09/05

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                  Entered in Computer xxxxx

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA

Dockets.Justia.com

Case 5:05-cv-01226-JF    Document 3    Filed 08/09/2005    Page 2 of 3

**ATTACHMENT A**

C 04-3124    Sun Microsystems Inc. -v- Compression Labs Inc.

C 04-3934    Google Inc. -v- Compression Labs Inc.

C 05-0923    Compression Labs Inc. -v- Adobe Systems Inc.

C 05-0924    Compression Labs Inc. -v- Dell Inc.

C 05-0925    Compression Labs Inc. -v- Acer America Corp.

C 05-1225    Audiovox Corp. -v- Compression Labs Inc.

C 05-1226    Yahoo Inc. -v- Compression Labs Inc.

C 05-1228    Agfa Corp -v- Compression Labs Inc.

C 05-1603    Compression Labs Inc. -v- Creo, Inc.