**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 12, 2005**

**CASE NUMBER:  CV 04-03124 MMC**
**CASE TITLE:  SUN MICROSYSTEMS, INC.-v-COMPRESSION LABS, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the above referenced case, all related cases listed in Attachment A, and MDL action, M 05 1654 are reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/12/05

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 8/12/05

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA

Case 5:05-cv-01226-JF    Document 5    Filed 08/12/2005    Page 2 of 3

**ATTACHMENT A**

| | |
|---|---|
| C 04-3124 | Sun Microsystems Inc. -v- Compression Labs Inc. |
| C 04-3934 | Google Inc. -v- Compression Labs Inc. |
| C 05-0923 | Compression Labs Inc. -v- Adobe Systems Inc. |
| C 05-0924 | Compression Labs Inc. -v- Dell Inc. |
| C 05-0925 | Compression Labs Inc. -v- Acer America Corp. |
| C 05-1225 | Audiovox Corp. -v- Compression Labs Inc. |
| C 05-1226 | Yahoo Inc. -v- Compression Labs Inc. |
| C 05-1228 | Agfa Corp -v- Compression Labs Inc. |
| C 05-1603 | Compression Labs Inc. -v- Creo, Inc. |