**\*\*E-filed 8/30/06**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

IN RE COMPRESSION LABS, INC.,

                              No.M:CV-05-1654-JF,CV-05-1225-JF
                               CV-05-1226-JF,CV-05-1228-JF
                               CV-05-1603-JF
                          Clerks's Notice

and related matters.
_____

To: All Counsel and Parties in the above named action.

You are hereby notified that the Court has scheduled a Case
Management Conference on Tuesday, September 5, 2006 at 10:00 a.m.
The parties may appear by telephone by contacting
Court Call at 866-582-6878 in advance of the hearing.

Please report to Courtroom 3, on the 5th floor, United States
District Courthouse, 280 South First Street, San Jose, CA.


Dated: 08/30/06                         For the Court,
                               Richard W. Wieking, Clerk

                               Diana Munz
                               Courtroom Deputy