UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, June 1, 2007
**Case Number:** M:CV-05-1654-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Jana Ridenour

---

**TITLE:**              **IN RE COMPRESSION LABS, INC., PATENT LITIGATION**

| **PLAINTIFF** | **DEFENDANT** |
| Google Inc. | Compression Labs |

**Attorneys Present:**                                                                  **Attorneys Present:**

---

PROCEEDINGS:
    Case management conference held.  There are no appearances.
    The Court dismisses this case and all related cases.
    The Court shall issue 90-day dismissal orders.